Robert R. Kinas (Nevada Bar No. 6019)
John S. Delikanakis (Nevada Bar No. 5928)
Nishat Baig (Nevada Bar No. 11047)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
Email: rkinas@swlaw.com
       jdelikanakis@swlaw.com
       nbaig@swlaw.com

*Attorneys for Palms Place, LLC,*
*Palms Place II, LLC, and George Maloof, Jr.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FRANCES R. PARKTON,<br><br>Debtor. | Case No.: 2:10-cv-00551-HDM-PAL |
| FRANCES R. PARKTON<br><br>Plaintiff,<br><br>v.<br><br>PALMS PLACE, LLC, a Nevada Limited Liability Company; PALMS PLACE II, LLC, a Nevada Limited Liability Company; MARKETING BY ESPENS, INC.; REALTY EXECUTIVES OF NEVADA; GEORGE MALOOF, JR., an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

JONATHAN M. SAFFER, Petitioner, respectfully represents:

1. Petitioner resides in Tucson, Arizona located in Pima County.

2. Petitioner is an attorney at law and a member of the law firm of SNELL & WILMER L.L.P. with offices at One South Church Avenue, Suite 1500, Tucson, Arizona 58701; telephone (520) 882-1236; and email address: jmsaffer@swlaw.com.

11522199

3.  Petitioner has been retained personally or as a member of the law firm by Defendants Palms Place, LLC, Palms Place II, LLC and George Maloof, Jr., to provide legal representation in connection with the above-captioned matter now pending before the above-referenced Court.

4.  Since April 22, 2003, Petitioner has been, and presently is, a member of good standing of the bar of the highest Court of the State of Arizona where Petitioner regularly practices law.

5.  Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, Supreme Court of the United States and/or Courts of other states on the date indicated for each, and is presently a member of good standing of the bars of said Courts:

| COURT | DATE ADMITTED | BAR NO. |
|---|---|---|
| Supreme Court of Arizona | 2002 | 022004 |
| United States District Court, District of Arizona | 2004 | |
| United States Court of Appeals, Ninth Circuit | 2003 | |

6.  There have been no disciplinary proceedings instituted against Petitioner, nor has Petitioner been the subject of any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7.  Petitioner has never been denied admission to the State Bar of Nevada.

8.  Petitioner is a member of good standing in the following Bar Associations:

**State Bar of Arizona**

9.  Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has filed an application to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

10.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and the client has consented to such representation.

Petitioner respectfully prays that he be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Jonathan M. Saffer

STATE OF ARIZONA    )
                    ) ss
COUNTY OF PIMA      )

JONATHAN M. SAFFER, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Jonathan M. Saffer

SUBSCRIBED and SWORN to before me this 19th day of May, 2010.

_____
NOTARY PUBLIC in and for said County and State

OFFICIAL SEAL
MELANIE MONTENEGRO
NOTARY PUBLIC - State of Arizona
PIMA COUNTY
My Comm. Expires Feb. 18, 2012

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

11522199

- 3 -

## DESIGNATION OF RESIDENT ATTORNEY

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate ROBERT R. KINAS, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

> SNELL & WILMER L.L.P.
> 3883 Howard Hughes Pkwy., Suite 1100
> Las Vegas, Nevada 89169
> Telephone: (702) 784-5200

By this designation the Petitioner and undersigned party agrees that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign Stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints ROBERT R. KINAS as his Designated Resident Nevada Counsel in this case.

_/s/ Jonathan M. Saffer_
Party Signature

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Robert R. Kinas_
Robert R. Kinas                          Bar No. 6019

APPROVED:

DATED: This ____ day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

11522199